**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-20057

(Summary Calendar)

MEMON CORPORATION,

Plaintiff-Appellant,

VERSUS

BASKIN-ROBBINS, INC., ET AL.,

Defendant-Appellees.

Appeal from the United States District Court
For the Southern District of Texas

(CA H 95-4332)

June 10, 1997

Before KING, JOLLY, and, DENNIS, Circuit Judges.

Per Curiam[*]

Appellant, Memon Corporation, appeals from the lower court's order granting summary judgment in favor of appellees, Baskin-Robbins, Inc., et al., denying its motion for leave to amend its complaint, and granting appellees attorneys fees pursuant to an applicable provision in the parties' franchise agreement.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the parties' briefs and the record in this case and find no reversible error.  Accordingly, we AFFIRM for essentially the same reasons articulated by the district court.